**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00379-CV**

_____


**IN THE INTEREST OF M.M.A.O.**

_____

**On Appeal from the 279th District Court**
**Jefferson County, Texas**
**Trial Cause No. F-193,065-A**

_____

**MEMORANDUM OPINION**

The appellant, Michael A. Odoms, filed a motion to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice


Opinion Delivered November 1, 2012
Before Gaultney, Kreger, and Horton, JJ.